BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVOUD UNIS, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Michael Biggs, United States Citizenship ) <br> and Immigration Services, et al. ) <br> ) <br>    Defendants. ) <br> _____ ) | No. 2:11-cv-2106 WBS CKD <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER RE: DISMISSAL |

   This is an immigration case in which plaintiff challenges the delay in the adjudication of his application to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services.  As of the time of filing of this stipulation, the application has been adjudicated.  Accordingly, the parties stipulate to dismissal, each side to bear its own costs of litigation.

Dated: August 31, 2011

                                              BENJAMIN B. WAGNER
                                              United States Attorney


                       By:   <u>/s/Audrey Hemesath</u>
                            Audrey B. Hemesath
                            Assistant U.S. Attorney
                            Attorneys for the Defendants


                     By:   <u>/s/ Joye Lumsden Wiley</u>
                            Joye Lumsden Wiley
                            Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that this action be, and the same hereby is, DISMISSED.

DATED: October 13, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE