BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVOUD UNIS, | No. 2:11-cv-2106 WBS CKD |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RE: DISMISSAL |
| v. | |
| Michael Biggs, United States Citizenship and Immigration Services, et al. | |
| Defendants. | |

This is an immigration case in which plaintiff challenges the delay in the adjudication of his application to adjust status to that of lawful permanent resident by United States Citizenship and Immigration Services. As of the time of filing of this stipulation, the application has been adjudicated. Accordingly, the parties stipulate to dismissal, each side to bear its own costs of litigation.

Dated: August 31, 2011

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

By: /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By: /s/ Joye Lumsden Wiley
      Joye Lumsden Wiley
      Attorney for the Plaintiff

-1-

1
2
3
4            ORDER

5    Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY
    ORDERED that this action be, and the same hereby is, DISMISSED.
6
7
    DATED: October 13, 2011
8
9    _____
    WILLIAM B. SHUBB
10   UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28